IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**MARY LOU TATE,**

      Plaintiff,

vs.                              Civil Action C-2-10-562
                                   Judge Marbley
                                   Magistrate Judge

**COMMISSIONER OF SOCIAL SECURITY,**

      Defendant.

<u>ORDER</u>

On August 17, 2011, the United States Magistrate Judge recommended that the decision of the Commissioner be reversed and that the action be remanded for further proceedings. *Report and Recommendation*, Doc. No. 23. Although the parties were advised of their right to object to the recommendation and of the consequences of their failure to do so, there has been no objection.

The *Report and Recommendation* is **ADOPTED and AFFIRMED**. The decision of the Commissioner is **REVERSED** and the action is **REMANDED** to the Commissioner of Social Security for further proceedings.

The Clerk shall enter **FINAL JUDGMENT** pursuant to Sentence 4, 42 U.S.C. §405(g).

                                              s/Algenon L. Marbley
                                                Algenon L. Marbley
                                          United States District Judge