**AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

### JUDGMENT IN CIVIL CASE

**MARY LOU TATE,**

   Plaintiff,

 vs.             Civil Action C-2-10-562
                 Judge Marbley
                 Magistrate Judge

**COMMISSIONER OF SOCIAL SECURITY,**

   Defendant.

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

> IT IS ORDERED AND ADJUDGED That pursuant to the September 7, 2011 Order, the Court ADOPTED AND AFFIRMED the Report and Recommendation. The decision of the Commissioner is **REVERSED** and the action is **REMANDED** to the Commissioner of Social Security for further proceedings. **FINAL JUDGMENT** is entered pursuant to Sentence 4, 42 U.S.C. §405(g).

Date:  **September 7, 2011**       **James Bonini, Clerk**

                    s/Betty L. Clark
                   Betty L. Clark/Deputy Clerk