**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

MARY LOU TATE,

        Plaintiff,

    vs.                             Civil Action C-2-10-562
                                     Judge Marbley
                                     Magistrate Judge

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

## ORDER

Pursuant to the stipulation of the parties, Doc. No. 27, plaintiff is **AWARDED** an attorney fee, pursuant to the Equal Access to Justice Act, 28 U.S.C. §2412, in the total amount of $1560.00.


                         s/Algenon L. Marbley
                          Algenon L. Marbley
                  United States District Judge